UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ERIC JONES**, et al.<br><br>　　　　Plaintiffs<br><br>v.<br><br>**SUSAN MURPHY,** et al.<br><br>　　　　Defendants | Civil Action No.<br>**CCB 05 CV 1287** |

**PLAINTIFFS' NOTICE REGARDING EXPERT WITNESSES**

　　　　The Plaintiffs, by and through undersigned counsel, provide notice that they intend to use the following expert witnesses:

　　　　1.　　Warren Cook

　　　　2.　　Brian Kriegler

　　　　3.　　Kevin Nichols

[*Curriculum Vitae* served on opposed counsel, not filed.]


Respectfully submitted,

　　　　　/s/　　　　　　
Sean R. Day (Bar No. 12831)
8505 Baltimore Avenue • Suite 201
College Park, Maryland  20740
*sean@dayincourt.net*
301.220.2270


*Co-Counsel for Plaintiffs
and the Classes*

1